UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT WILHELM,

|  |  |
|---|---|
| Plaintiff, | Case Number 21-11498 |
| v. | Honorable David M. Lawson |

MACKINAC FINANCIAL CORPORATION,
WALTER J. ASPATORE, ROBERT HARRIS
ORLEY, RANDOLPH C. PASCHKE,
MARTIN A. THOMPSON, PAUL D. TOBIAS,
DAVID R. STEINHARDT, DENNIS B.
BITTNER, JOSEPH D. GAREA, and
KELLY W. GEORGE,

Defendants.
_____/

**JUDGMENT**

In accordance with the order of dismissal entered on this date, it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  October 25, 2021